# United States Court of Appeals
## For the First Circuit

No. 19-1644

UNITED STATES OF AMERICA,

Appellant,

v.

SHARON P. CARTER,

Defendant, Appellee.

**JUDGMENT**

Entered: September 27, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's post-verdict judgment of acquittal is reversed, the jury's conviction of Sharon P. Carter is reinstated, and the matter is remanded to the District Court for further proceedings consistent with the opinion issued this day.

    By the Court:
    Maria R. Hamilton, Clerk

cc: Hon. Richard G. Stearns, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Amanda Masselam Strachan, Donald Campbell Lockhart, Christopher R. Looney, Ross Brandon Goldman, John W. M. Claud, David G. Lazarus, Bruce A. Singal, Jeffrey J. Pyle, Michael J. Pineault, St. Peter's Hospital of the City of Albany, Advocate Health & Hospitals Corporation, EyeOne, PLC, Baptist Medical Center, Box Hill Surgery Center, LLC, Brigham & Women's Hospital, Decatur Memorial Hospital, Elkhart General Hospital, Inc., Florida Hospital Waterman, Inc., Glens Falls Hospital, High Point Surgery Center, Insight Health Corp, Keck Hospital of USC, Marion Pain Management Center, Inc., Massachusetts Eye and Ear Infirmary, McLaren Port Huron, Michigan Pain Specialists, PLLC, Nebraska Spine Center, LLP, North Shore Medical Center, Inc., Oakleaf Surgical Hospital, LLC, OSMC Outpatient Surgery Center, PC, Retina Group of Washington, PC, Sentara Norfolk General Hospital, South Bend Clinic, LLP, Southboro Medical Group, Inc., Southlake Ambulatory Surgery Center, St. Vincent's Birmingham, West Virginia University Ruby Memorial Hospital, Winchester Medical Center